NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JERRY C. HULSEY,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7112

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-642, Judge Coral Wong Pietsch.

---

**ON MOTION**

---

**O R D E R**

Jerry C. Hulsey moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                HULSEY v. MCDONALD

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24